IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CANADADRUGS.COM LTD. PARTNERSHIP,<br>THORKELSON CONSULTING, LTD.,<br>4208081 CANADA, LTD.<br>ROCKLEY VENTURES, LTD.,<br>GLOBAL DRUG SUPPLY, LTD.,<br>RIVER EAST SUPPLIES, LTD.,<br>KRISTJAN THORKELSON,<br>THOMAS HAUGHTON<br>RONALD SIGURDSON,<br>TROY NAKAMURA,<br>DARREN CHALUS,<br>NARINDER KAULDER,<br>JIM TRUEMAN,<br>RAM KAMATH,<br><br>　　　　Defendants. | CR 14- 27-BU-DLC<br><br>**NOTICE OF CHANGE OF ADDRESS** |

　　　The United States files this Notice of Change of Address notifying the Court that Special Assistant U.S. Attorney Peter Leininger's current address is 10903 New Hampshire Ave., WO 32-4377, Silver Spring, MD 20993.

DATED this 10th day of August, 2015.

                                    MICHAEL W. COTTER
                                    United States Attorney


                                    */s/ Chad C. Spraker*
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff