

APR 1 2 2018

Clerk, U.S. District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

CANADADRUGS.COM LTD.
PARTNERSHIP, ROCKLEY
VENTURES LTD., and RIVER EAST
SUPPLIES LTD.,

Defendants.

CR 14–27–BU–DLC

ORDER

WHEREAS, the United States has filed a Motion for Final Order of Forfeiture (Doc. 177), which would consist of a personal money judgment against the Defendants in the amount of $29,000,000.00, and

WHEREAS, Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment,"

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Defendants shall forfeit to the United States the sum of $29,000,000.00, pursuant to 18 U.S.C. § 982(a)(7), 28 U.S.C. § 2461(c), and 21 U.S.C. § 853(p).

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

-1-

IT IS FURTHER ORDERED that pursuant to Rule 32.2(b)(4), this Order of Forfeiture shall be made part of the sentence, having been entered orally during the sentencing hearing on April 13, 2018.

DATED this 12th day of April, 2018.

Dana L. Christensen, Chief Judge
United States District Court