**VICTORIA L. FRANCIS**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**2601 Second Avenue North, Suite 3200**
**Billings, MT 59101**
**Phone: (406) 247-4633**
**FAX: (406) 657-6058**
**E-mail: Victoria.Francis@usdoj.gov**

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BUTTE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**CANADADRUGS.COM LTD PARTNERSHIP,**<br><br>Defendant. | CR 14-27-BU-DLC-1<br><br>**SATISFACTION OF MONETARY JUDGMENT** |

The monetary judgment in the above-entitled case having been paid, the Clerk of the United States District Court for the District of Montana is hereby authorized and empowered to satisfy and cancel the judgment of record as to the monetary judgment of record imposed by this Court.

DATED this 25th day of April, 2018.

                                      KURT G. ALME
                                      United States Attorney


                                      /s/ Victoria L. Francis
                                      Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2018, a copy of the foregoing document was served on the following persons by the following means:

    1-4   CM/ECF
    ____  Hand Delivery
    ____  U.S. Mail
    ____  Overnight Delivery Service
    ____  Fax
    ____  E-Mail

1. Clerk, U.S. District Court

2. William W. Mercer
   Attorney at Law
   401 North 31st Street, Suite 1500
   Billings, MT  59101-1277

   Attorney for Defendant

3. John E. Smith
   Attorney at Law
   315 W. Pine Street
   Missoula, MT  59802-4119

   Attorney for Defendant

4. Thomas W. McNamara
   Attorney at Law
   655 W. Broadway, Suite 1600
   San Diego, CA  92101

   Attorney for Defendant

/s/ Victoria L. Francis
Assistant U.S. Attorney
Attorney for Plaintiff