IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CANADADRUGS.COM LTD. PARTNERSHIP; ROCKLEY VENTURES, LTD.; and RIVER EAST SUPPLIES, LTD.,<br><br>Defendants. | CR 14–27–BU–DLC<br><br>ORDER |

On April 13, 2018, this Court entered judgments against the above-named Defendants.  Before the Court is the United States' Unopposed Motion to Destroy Contraband Evidence (Doc. 200), wherein the United States requests an order allowing it to destroy the "approximately 10,000 packages" of adulterated or misbranded drugs which are deemed contraband under Title 21 of the United States Code.  As the Motion is unopposed,

IT IS ORDERED that the United States' Motion (Doc. 200) is GRANTED.

IT IS FURTHER ORDERED that the Government dispose of the contraband drug products by destruction, and that a certificate of destruction be filed with the Court upon the Government's compliance with this Order.

DATED this 25th day of June, 2018.

/s/ Dana L. Christensen
Dana L. Christensen, Chief District Judge
United States District Court